# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL ROCCA, | Case No. 2:14-cv-04560-ODW(SSx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| PETSMART, INC. dba PETSMART #1131; TRAMIEL CAPITAL, INC., | **SETTLEMENT** |
| Defendants, | |

On August 15, 2014, Plaintiff Michael Rocca filed a Notice of Settlement in this action indicating that the parties had resolved the litigation in its entirety and that the parties required approximately 21 days to finalize settlement.  (ECF No. 12.)  It has been more than 21 days and a stipulation to dismiss this action has not yet been filed on the docket.  Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Wednesday, September 24, 2014**, why settlement has not been finalized.  No hearing will be held.  This Order will be discharged upon the filing of a stipulation to dismiss.  All other dates in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

September 16, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**